*May 16, 2017*

2017-Ohio-2806.]

**2016–1006.   State v. Madison.**
Cuyahoga C.P. No. CR–13–579539–A. On appellant's motion for stay of execution. Motion granted. No execution date shall be set while this appeal remains pending.

**2017–0274.   State ex rel. Skaggs v. Bunting.**
Marion App. No. 9–16–53. Appellant has failed to file a merit brief and therefore has failed to prosecute this cause with the requisite diligence. Cause dismissed.

*May 17, 2017*

2017-Ohio-2822.]

**2016–1857.   State ex rel. Taylor v. Nobles.**
In Habeas Corpus. Sua sponte, cause dismissed.
   O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2016–1899.   Thomas v. Jenkins.**
In Habeas Corpus. Sua sponte, cause dismissed.
   O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2016–1908.   Johnson v. Sloan.**
In Habeas Corpus. Sua sponte, cause dismissed.
   O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0163.   State ex rel. Blair v. Adult Parole Bd.**
In Mandamus. On S.Ct.Prac.R. 12.04 determination. Cause dismissed.
   O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0177.   Lucas v. Marshall.**
In Habeas Corpus. Sua sponte, cause dismissed.
   O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0187.   State ex rel. Stinson v. Cass.**
In Mandamus. On S.Ct.Pract.R. 12.04 determination. Cause dismissed. On motion for order of allowance. Motion denied.
   O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0224.   Cook v. Clerk of Appeals Court, Summit Cty., Ninth Judicial Dist.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.
   O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.
   O'CONNOR, C.J., not participating.